# Third District Court of Appeal

## State of Florida

Opinion filed November 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1559
Lower Tribunal No. 19-19983

————————

**Olga Delgado,**
Appellant,

vs.

**Wal-Mart Stores East, LP,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

The Bennett Law Center, and Scott B. Bennett, for appellant.

Liebler Gonzalez & Portuondo, and Tricia J. Duthiers, for appellee.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.